# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## REDDING BRANCH

UNITED STATES OF AMERICA

CASE NO. 07-mj-0004 CMK

vs.

ORDER TO PAY

James Ronald Taylor, Jr.

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

| | | |
|---|---|---|
| Count I | Fine: $150.00 | Assessment: $25.00 |
| Count II | Fine: $ | Assessment: $ |
| Count III | Fine: $ | Assessment: $ |
| Count IV | Fine: $ | Assessment: $ |
| Count V | Fine: $ | Assessment: $ |

(X) FINE TOTAL OF $150.00 and a penalty assessment of $25.00 by 5-1-07 days/months or payments of $_____ per month commencing _____ and due on the _____ day of each month until paid in full.

( ) RESTITUTION OF $_____.

( ) PROBATION to be unsupervised for a period of _____. Probation to terminate upon payment in full of all financial conditions imposed hereunder.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to Clerk, USDC, 501 I Street, Sacramento, CA 95814.

Your check or money order must indicate your name and case number.

Dated: 3-20-07

Craig M. Kellison
U.S. Magistrate Judge